JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FORD, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HYUNDAI MOTOR AMERICA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 8:20-cv-00890-FLA (ADSx)<br><br>**ORDER DISMISSING ACTION [DKT. 111]** |

On November 5, 2024, the parties filed a Stipulation, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Dkt. 111.  Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice with respect to Plaintiffs' individual claims and without prejudice as to the putative class members' claims.

IT IS SO ORDERED.

Dated: November 6, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge